IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANDRA HAAS, : | |
|     Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 08-CV-2507 |
| KOHL'S DEPARTMENT STORE, INC., : | |
|     Defendant. : | |

### ORDER

**AND NOW,** this _____ day of July, 2009, upon consideration of Defendant's Motion to Compel (Doc. 10) and Plaintiff's Motion for a Protective Order (Docs. 11 & 12), **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Motion to Compel is **DENIED;**

2. Plaintiff shall provide W-2's for the years 2003 and 2008 within ten (10) days of the date of this Order; and

3. Plaintiff's Motion for a Protective Order as it pertains to income tax returns is **GRANTED** provided that the aforementioned W-2's are submitted by the Court mandated deadline. However, the Protective Order **shall not** preclude Defendant's from renewing its Motion should Plaintiff fail to comply with this Court's Order or should Defendant find that further information is required.

                                                                                       **BY THE COURT:**

                                                                                       /s/ Petrese B. Tucker
                                                                                      **_____**
                                                                                      **Hon. Petrese B. Tucker, U.S.D.J.**